IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LOIS S. CHAPPELL                                                                    PLAINTIFF

V.                                    3:19CV00214 JM

PEPSICO and FRITO LAY                                                         DEFENDANTS

## ORDER

Pending before this Court is the Plaintiff's Motion to Proceed *In Forma Pauperis* and Complaint. The Eighth Circuit has instructed that the decision of whether a complaint is frivolous or malicious precedes the decision of whether to grant *in forma pauperis* status and whether to order service of process. *See Carney v. Houston* 33 F.3d 893, 895 (8th Cir. 1994) (quoting *Gentile v. Missouri Dept. Of Corrections*, 986 F.2d 214 (8th Cir. 1993)). "If the complaint is frivolous or malicious, the district court should dismiss it out of hand." *Id*. A complaint is frivolous where it lacks an arguable basis either in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325-27 (1989).

In this case, Plaintiff claims that she was discriminated against based upon her race when the Defendants failed to promote her and refused to accommodate her work-related injury. The Court is unable to decipher when, where, why, and what occurred from these allegations. Plaintiff's complaint is too vague and conclusory to enable the Court to determine whether her complaint is frivolous, fails to state a claim, or states a legitimate cause of action. The Court directs plaintiff to file an Amended Complaint within fourteen (14) days of the date of this Order which identifies the parties and gives coherent facts regarding her claims.

Plaintiff is further directed to be familiar and comply with all Federal Rules of Civil

1

Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas.

The Court notes that Local Rule 5.5(c)(2) instructs pro se parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. Pro se parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a pro se party is not responded to within thirty (30) days, the case may be dismissed without prejudice.

In conclusion, Plaintiff has fourteen (14) days from the date of this Order to file an Amended Complaint. Plaintiff must also provide the mailing address of Defendants for service. Failure to do so may result in dismissal of the case.

IT SO ORDERED this 30th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE