IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LOIS S. CHAPPELL                                                         PLAINTIFF

Vs.                              CASE NO. 3:19CV214 JM

PEPSICO and FRITO LAY                                                  DEFENDANTS

## ORDER

On July 30, 2019, the Court ordered Plaintiff to file an amended complaint and to provide the mailing addresses of the Defendants within fourteen (14) days. Plaintiff was warned that failure to do so may result in dismissal of her case. Plaintiff has not filed an amended complaint or provided the mailing addresses of the Defendants. Pursuant to Rule 41(b), the Court finds that the case must be involuntarily dismissed without prejudice for failure to follow the Court's Order. *See Link v. Wabash Railroad Co.,* 370 U.S. 626, 82 S.Ct. 1386 (1962).

The Clerk is directed to close the case. All pending motions are terminated.

IT IS SO ORDERED this 29th day of August, 2019.

UNITED STATES DISTRICT JUDGE